NUMBER
13-10-00549-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

TANNER
ALTIZER,                                                                        Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                          On
appeal from the 252nd District Court

                                     of
Jefferson County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

                      Before
Justices Garza, Benavides, and Vela

                               Memorandum
Opinion Per Curiam

 








Appellant,
Tanner Altizer, by and through his attorney, has filed a motion to dismiss his
appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.  

We
GRANT counsel’s motion to withdraw.  Other pending motions, if any, are
dismissed as moot.

PER
CURIAM

 

Do not publish.

See Tex.
R. App. P. 47.2(b).  

Delivered and filed this

20th day of January, 2011.